RECEIVED
APR - 3 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ALFRED MCZEAL, SR. | CIVIL ACTION NO. 05-1080 |
| VS. | JUDGE DOHERTY |
| SOUTHERN CONSUMERS COOP, INC., ET AL. | MAGISTRATE JUDGE HILL |

## ORDER

Pending before this Court for determination is the plaintiff's Motion to Strike. [rec. doc. 58]. By this Motion, plaintiff requests that the court strike two exhibits submitted in support of the defendants' Motion to Dismiss plaintiff's RICO claims, namely, the June 9, 1995 Independent Special Master Report of J. Stephen Gardes filed under seal in closed case number 6:95cv246, and the February 22, 2007 affidavit of John Freeman. Plaintiff argues that the former exhibit is immaterial, impertinent and scandalous because it was filed under seal in a closed case which was previously before this court, and that the latter constitutes an insufficient defense because it does not contain a valid date and has not been executed.

Rule 12(f) of the Federal Rules of Civil Procedure provides in pertinent part as follows:

> **(f) Motion to Strike.** Upon motion made by a party...or upon the court's own initiative at any time, the court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter.

The court finds that the sealed status of the Independent Special Master Report filed in a case which was previously before this court and which has been closed for years

does not make the document immaterial, impertinent or scandalous as contemplated by Rule 12(f) with respect to this case which is presently before this court. However, because the court did not issue an Order unsealing the document in the former case, the Clerk shall be instructed to file same under seal in this case. Moreover, review of the affidavit of Mr. Freeman filed in this court reveals that the affidavit is both dated (February 22, 2007) and purportedly signed by Mr. Freeman on that date before a Notary Public. As such, the affidavit cannot be found to constitute an insufficient defense as contemplated by Rule 12(f). Accordingly;

The plaintiff's Motion to Strike [rec. doc. 58] is **DENIED**.

The **Clerk shall file, under seal**, the June 9, 1995 Independent Special Master Report of J. Stephen Gardes, currently filed unsealed as rec. doc. 54-3.

Signed this 3rd day of April, 2007.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE