RECEIVED
AUG 29 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
SEP 25 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ALFRED MCZEAL, SR. | CIVIL ACTION NO. 05-1080 |
| VS. | JUDGE DOHERTY |
| SOUTHERN CONSUMERS COOP, INC., ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the defendants' Motion to Dismiss [rec. doc. 54] is **dismissed**, reserving the defendants' right to re-urge the Motion after the United States Fifth Circuit Court of Appeal issues its ruling on plaintiff's pending appeal.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of _____, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE