RECEIVED
MAY - 7 2009
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALFRED MCZEAL, SR.** | **CIVIL ACTION NO. 05-1080** |
| VS. | JUDGE DOHERTY |
| **SOUTHERN CONSUMERS COOP, INC., ET AL.** | MAGISTRATE JUDGE HILL |

## JUDGMENT

No objections have been filed to the Report and Recommendation United States Magistrate Judge C. Michael Hill. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that, with respect to plaintiff's ERISA claims, the state court judgment has no preclusive effect under either the principle of res judicata (claim preclusion) or under the principle of issue preclusion (collateral estoppel).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 7 day of May, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE