RECEIVED

MAY - 7 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFRED MCZEAL, SR.** | **CIVIL ACTION NO. 05-1080** |
| VS. | JUDGE DOHERTY |
| **SOUTHERN CONSUMERS COOP, INC., ET AL.** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the plaintiff's Motions for Partial Summary Judgment [rec. docs. 74 and 84] be **DENIED**.

**IT IS FURTHER ORDERED** that all of plaintiff's claims under ERISA for breach of fiduciary duties, his request for declaratory judgment and equitable relief under ERISA, as well as plaintiff's negligence and all other claims asserted under Louisiana state law be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 7 day of May, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE