UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **ALFRED MCZEAL, SR.** | **CIVIL ACTION NO. 05-1080** |
| **VS.** | **JUDGE DOHERTY** |
| **SOUTHERN CONSUMERS COOP, INC., ET AL.** | **MAGISTRATE JUDGE HILL** |

**ORDER STAYING ACTION**

The Court has been advised, and this Court has confirmed, that the plaintiff, Alfred McZeal, Sr., has filed a Petition for Bankruptcy. *See In re: Alfred McZeal, Sr.*, No. 09-50973 (Bankr. W.D. La.). Accordingly, pursuant to 11 U.S.C. § 362, this action is hereby **AUTOMATICALLY STAYED.**

The **Clerk** shall **terminate** the plaintiff's pending Motion to Consolidate [rec. doc. 116]. In the event that this action is reopened, McZeal's right to re-urge the Motion is reserved.

Signed at Lafayette, Louisiana on December 17, 2009.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE